> The conference is adjourned to May 27, 2022 at 10 a.m.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> March 29, 2022



| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **ANDREA OSGOOD**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2424<br>fax: (212) 356-3509<br>aosgood@law.nyc.gov |
|---|---|---|

March 29, 2022

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Gabriel Roldan v. City of New York, et al.</u>, 21 Civ. 9560 (AKH)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York ("City"), James Weik, Joseph Rodelli, and Joseph Algerio (collectively "defendants") in the above-referenced matter. I write to respectfully request that the Initial Conference scheduled for Friday, April 1, 2022 at 10:00 a.m. be adjourned until April 14, 2022 or a date thereafter convenient to the Court. This is the first request to adjourn the conference and plaintiff consents to this request.

      The reason for this request is that I have another conference scheduled for April 1, 2021 in the matter of <u>Jamal Campbell v. City of New York, et al.</u>, 21-CV-6746 (WFK) (MMH) before the Honorable Marcia M. Henry in the Eastern District of New York at 11:00 a.m., which was ordered on February 28, 2022. Accordingly, I respectfully request that the conference be adjourned for any Friday from April 14, 2022 onward.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/ *Andrea Osgood*
      Andrea Osgood
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

- 2 -

cc: **VIA ECF**
Evan Brustein, Esq.
*Attorney for Plaintiff*